In re:                                                               Case No. 19-31886-dwh
Vahan M. Dinihanian, Jr.                                  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0979-3         User: Admin.           Page 1 of 1          Date Rcvd: Oct 04, 2019
                           Form ID: NOCN          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db            +Vahan M. Dinihanian, Jr.,   237 NW Skyline Blvd.,   Portland, OR 97210-1053
              +Lillian Logan,   19830 NW Dixie Mt. Road,   North Plains, OR 97133-8215
101960286      +Lillian Logan,   Lillian Logan, c/o Daniel L. Steinberg,   Two Centerpointe Drive, 6th Floor,
              Lake Oswego, OR 97035-8618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
NONE.                                                                                                               TOTAL: 0

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

October 4, 2019

Clerk, U.S. Bankruptcy Court

BY **jbk** DEPUTY

In re
**Vahan M. Dinihanian Jr.**
Debtor(s)

)
)
) Case No. **19–31886–dwh11**
)
) NOTICE OF OBJECTION
) TO CLAIM
)
)
)
)

An objection to your claim in this bankruptcy case has been filed and is enclosed with this notice.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then within 35 days from the "FILED" date shown above, you or your attorney must either:

1. Obtain a written withdrawal of the objection to claim by the objecting party. In order to obtain a withdrawal, you may need to provide the objecting party with any documentation supporting your claim that was not included when you filed your claim with the court. You should send this documentation to the objecting party's address or addresses listed at the bottom of objection to claim. The written withdrawal of the objection must be filed with the court.

    OR

2. Prepare a written response to the objection, explaining your position, and file it with the court at the address below. The court will set a hearing and send you a hearing notice. You must appear at the hearing, if scheduled.

    Mail your response to:
    Clerk, US Bankruptcy Court
    1050 SW 6th Ave. #700
    Portland, OR 97204

    You must also send a copy of your response to the objecting party at the address or addresses listed at the bottom of the objection to claim.

If you or your attorney do not take one of these steps within 35 days of the "FILED" date shown above, the claim will be treated as shown in Paragraph 3 of the objection to claim.

Clerk, U.S. Bankruptcy Court